IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ford, Kimberly C

Printed: 1/22/08

Case Number: 07 B 15124
Judge: Hollis, Pamela S
Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 0.00 |
| 2. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 3. | CB USA | Unsecured | 334.00 | 0.00 |
| 4. | Michael Reese Hospital | Unsecured | 5.00 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 54.92 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 217.00 | 0.00 |
| 7. | CBA | Unsecured |  | No Claim Filed |
| 8. | USCB | Unsecured |  | No Claim Filed |
| 9. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 10. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 11. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 12. | H&F Law | Unsecured |  | No Claim Filed |
| 13. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 14. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |
| 15. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |
| | | | $ 4,103.92 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ford, Kimberly C

Printed:  1/22/08

Case Number:  07 B 15124
Judge:  Hollis, Pamela S
Filed:  8/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

